ALBERT GAETANI, Respondent, v. CHARLES E. WICKE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ROCCO GERMANO, Respondent, v. HENRY L. CLAY and Another, Copartners, etc., Appellants.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BENJAMIN GRATZ and Another, Doing Business under the Firm Name and Style of WARREN, JONES & GRATZ, Appellants, v. M. M. GRAVES CO., INC., Respondent.— Order modified by striking out all the defenses and counterclaims pleaded, on the ground that they are insufficient in law as defenses or counterclaims. None of the defenses or counterclaims pleaded that the alleged decline in price took place when there was an existing unshipped portion of the goods contracted for by the parties to be delivered to the defendant; in all other respects the order is affirmed, with leave to the defendant to plead over, except as to the second defense to the first cause of action, on payment of costs of the action to date, and ten dollars costs and disbursements of this appeal. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

BENJAMIN G. HITCHINGS, INC., Respondent, v. AMERICAN MAGNESTONE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ANNA MILLER, as Administratrix, etc., of FREDERICK H. MILLER, Deceased, Respondent, v. MAXWELL LIND, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

PERLEY MORSE and Another, Copartners, etc., Respondents, v. WORLD MUTUAL AUTOMOBILE CASUALTY INSURANCE COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

GEORGE H. ROSENSTEIN, as Trustee in Bankruptcy of the Estate of LOUIS ROSENTHAL and Another, Copartners, etc., Respondent, v. JOSEPH LEFF, Appellant, Impleaded with ANNIE LEFF, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JOSEPH SMITH, Appellant, v. J. SIMS BARTLEY, as Building Inspector of the City of Yonkers, Respondent.— Final order denying peremptory order of mandamus unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

LEO P. BYK and Another, etc., Plaintiffs, v. RICHARD E. ENRIGHT, as Commissioner of Police of the City of New York, and Others, Defendants.— Motion for stay denied, upon the ground that the question of whether or not the case should be preferred for trial is one of discretion resting with the trial court. We do not in any way pass upon the merits. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.